# EXHIBIT A



UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

FOR A WORK OF THE VISUAL ARTS
UNITED STATES COPYRIGHT OFFICE
RE:

VA 1-023-866

EFFECTIVE DATE OF REGISTRATION

July 17 2000
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
www.masterfile.com

**NATURE OF THIS WORK ▼** See Instructions
Catalog of images displayed on Internet

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Masterfile Website

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**
a Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
( ) Yes
( ) No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ( ) Yes ( ) No
Pseudonymous? ( ) Yes ( ) No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
( ) 3-Dimensional sculpture    ( ) Map    ( ) Technical drawing
( ) 2-Dimensional artwork    ( ) Photograph    ( ) Text
( ) Reproduction of work of art    ( ) Jewelry design    ( ) Architectural work
Compilation of photographs, illustrations and text

**NAME OF AUTHOR ▼**    See 3 continuation sheets attached
b    *4

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
( ) Yes
(X) No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ( ) Yes ( ) No
Pseudonymous? ( ) Yes ( ) No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
( ) 3-Dimensional sculpture    ( ) Map    ( ) Technical drawing
(X) 2-Dimensional artwork    (X) Photograph    ( ) Text
( ) Reproduction of work of art    ( ) Jewelry design    ( ) Architectural work

---

**Year In Which Creation of This Work Was Completed**
a 1999
This information must be given
Year in all cases

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month July    Day 8    Year 1999
Canada & USA    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Copyright assigned contractually

APPLICATION RECEIVED
OCT 06 1999
ONE DEPOSIT RECEIVED
OCT 06 1999  July 17 200
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 10 pages

Amended by C.O. By authority of phone
all of 1/12/01 and facsimile transmission
eceived on 8/24/00 from Kathy Burgess.

EXAMINED BY    D W                    FORM VA

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

REVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes [] No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

[] This is the first published edition of a work previously registered in unpublished form

[] This is the first application submitted by this author as copyright claimant.

[] This is a changed version of the work, as shown by space 6 on this application

your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

Note: Some images may have been
      previously published and
      registered

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published database

**6**

a  See Instructions
   before completing
   this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation; new photos and new artwork

b

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
ame ▼          Account Number ▼

**7**

a

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Steve Pigeon
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

b

ea code and daytime telephone number    (416 )929-3000          Fax number    (416 )929-9623

mail  spigeon@masterfile.com

CERTIFICATION*  I the undersigned, hereby certify that I am the

check only one
{ [] author
{ [] other copyright claimant
{ ☒ owner of exclusive right(s)
{ [] authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

ped or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Masterfile Corporation/per Steve Pigeon, President          Date    October 6, 1999

Handwritten signature (X) ▼

x _____

rtificate
l be
iiled in
ndow
velope to
s
dress:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼  175 Bloor Street East, South Tower, 2nd Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559 8000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
the application, shall be fined not more than $2,500

🖈 PRINTED ON RECYCLED PAPER          ☆U S GOVERNMENT PRINTING OFFICE  1999 454 879/71

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA /CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-023-866

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

July 17 2000
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
OCT. 06 1999

Page 3 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE: (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form.)

  www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.) Masterfile Corporation

  175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

---

## B
### Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼ Year Died▼ |
|---|---|

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of _____
{Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼ Year Died▼ |
|---|---|

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of _____
{Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼ Year Died▼ |
|---|---|

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of _____
{Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which)  ☐ Space 1  ☐ Space 4  ☐ Space 6

(Space 2)  Page 1 of 3 pages

Image Range  700-00001 to 700-33000

**C**

Continuation
of other
Spaces

## NATURE OF AUTHORSHIP

| Author | | 2 Dimensional Artwork | Photograph | Work made for hire |
|---|---|:---:|:---:|:---:|
| Andersen | Claus | | x | No |
| Anderson | Bob | x | x | No |
| Andrews | J. David | | x | No |
| Arsenault | Pierre | | x | No |
| Ballinger | Keith | x | | No |
| Barrett & MacKay | ☆Wayne/Anne | | x | No |
| Beauregard | Bruno | | x | No |
| Benard | Joel | | x | No |
| Bengson | Rommel | | x | No |
| Benson | Daryl | x | x | No |
| Biss | G. | | x | No |
| Black | Garry | | x | No |
| Blohm | Hans | | x | No |
| Boden/Ledingham | | x | x | No |
| Boothman | Nick | | x | No |
| Brooks | Bill | x | x | No |
| Bruel | Jean-Yves | x | x | No |
| ☆ Caron | Derek | | x | No |
| Chomica | Gloria H. | | x | No |
| Christopher | Peter | | x | No |
| Craigmyle | Jim | | x | No |
| Curtis | Ronald M. | x | x | No |
| Daniels | Brent | x | x | No |
| Dannenberg | Thomas | x | | No |
| Davey | Allan | x | | No |
| Davies | Ken | x | | No |
| de Visser | John | | x | No |
| Dobel | Mike | x | x | No |
| Dorval | Didier | | x | No |
| Eardley | Wayne | | x | No |
| Eekhof | Paul | x | x | No |
| Ertman | Miles | | x | No |
| Fehling | Ron | | x | No |
| Finlay | Kathleen | | x | No |
| Fischer | Rick | | x | ☆Yes No |
| Fisher | Larry | x | | No |
| Fitzpatrick | Steve | | x | No |
| Foster | Janet | | x | No |
| Foster | John | | x | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

**D**

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 1999-20,000
WEB REV. June 1999

☆ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE 1999 454-879/82

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM ___ /CON
UNITED STATES COPYRIGHT OFFICE
R:

VA 1-023-866

PA PAU PE SE G SEU SR SAU TX TXU VA AU

EFFECTIVE DATE OF REGISTRATION

July 17 2000
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
OCT. 06 1999

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

| | |
|---|---|
| **A** <br> Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work <br> • TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form) <br>     www.masterfile.com <br> • NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the short Forms PA, TX, or VA)   Masterfile Corporation <br> 175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada   M4W 3R8 |

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH <br> Year Born▼     Year Died▼ |
|---|---|
| Was this contribution to the work a "work made for hire"?   **AUTHOR'S NATIONALITY OR DOMICILE**   Name of Country <br> ☐ Yes   OR { Citizen of _____ <br> ☐ No        Domiciled in _____ | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** <br> Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions. <br> Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH <br> Year Born▼     Year Died▼ |
|---|---|
| Was this contribution to the work a "work made for hire"?   **AUTHOR'S NATIONALITY OR DOMICILE**   Name of Country <br> ☐ Yes   OR { Citizen of _____ <br> ☐ No        Domiciled in _____ | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** <br> Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions. <br> Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH <br> Year Born▼     Year Died▼ |
|---|---|
| Was this contribution to the work a "work made for hire"?   **AUTHOR'S NATIONALITY OR DOMICILE**   Name of Country <br> ☐ Yes   OR { Citizen of _____ <br> ☐ No        Domiciled in _____ | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** <br> Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions. <br> Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

**C**

Continuation
of other
Spaces

## NATURE OF AUTHORSHIP

| Author | | 2 Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| French | Graham | x | x | No |
| Frkovic | Damir | x | x | No |
| Frymire | Bill | x | x | No |
| Gifford | Ed | | x | No |
| Good | Nora | x | x | No |
| Grant | Ted | | x | No |
| Grenier | Guy | x | x | No |
| Griffith | Peter | | x | No |
| Hammond | Franklin | x | | No |
| Hancey | Terry | | x | No |
| Harquail | John | | x | No |
| Harvey | Al | | x | No |
| Hayes | Kerry | | x | No |
| Heringa | Dan | | x | No |
| Hindian | Carlo | | x | No |
| Hines | Sherman | | x | No |
| Holinrake | Kathryn | | x | No |
| Imtek Imagineering | | x | x | Yes |
| Judd | Andrew | x | | No |
| Karpa | Robert | | x | No |
| Kilaan | Hank | | x | No |
| Klemm | Horst | | x | No |
| Kohn | Michael | | x | No |
| Kolb | Andrew | x | x | No |
| Kraulis | J.A. | x | x | No |
| Leopold | Susan | x | | No |
| Lloyd | R Ian | | x | No |
| Macri | Mike | | x | No |
| Mahovlich | Michael | | x | No |
| Masterfile | | | x | Yes |
| Masterfile Productions | | | x | Yes |
| McElcheran | Chris | | x | No |
| McKim | Andrew | | x | No |
| MTPA Stock | | x | x | Yes |
| Muir | David | | x | No |
| Newton | Jack | | x | No |
| Normandin | Albert | | x | No |
| Ooms | Roy | x | x | No |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 1R8

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective
through June 30,
2002. After that date,
check the Copyright
Office Website at
www.loc.gov/copy-
right or call (202)
707 3000 for current
fee information.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM    VA    /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-023-866

A PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

July 17 2000
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

  www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.) Masterfile Corporation

  175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada  M4W 3R8

---

## B — Continuation of Space 2

### d

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born ▼    Year Died ▼ |

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### e

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born ▼    Year Died ▼ |

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born ▼    Year Died ▼ |

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**C**
Continuation
of other
Spaces

## NATURE OF AUTHORSHIP

| Author | | 2 Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Patterson | Freeman | | x | No |
| Pieters | Brian | x | x | No |
| Pytlowany | Alec | | x | No |
| Rankin | Toby | | x | No |
| Reinhart | Bryan | | x | No |
| Robertson | Dave | x | x | No |
| Roman | Min | | x | No |
| Rowell | Bruce | x | | No |
| Sanders | Dale | | x | No |
| Schmidt | Wilhelm | | x | No |
| Simhoni | George | x | x | No |
| Simmons | Valerie | | x | No |
| Smith | Steve | | x | No |
| Starrett | Dave | x | x | No |
| Stojko | Ross | | x | No |
| Stott | Greg | | x | No |
| Stroud | Ron | | x | No |
| Sutton | Lloyd | | x | No |
| Sytnyk | Brian | | x | No |
| Szuba | Tom | | x | No |
| Tabak | Sidney | | x | No |
| Terpanjian | Paul | | x | No |
| THE TILT | | | x | Yes |
| Tomalty | Mark | | x | No |
| Tremblay | Pierre | | x | No |
| Valiquet | Carl | | x | No |
| Visser | Karen | x | x | No |
| Walker | Douglas E. | x | x | No |
| Wardell | James | x | | No |
| Weber | Roland | | x | No |
| Wenzel | Andrew | | x | No |
| Wiley | Matthew | x | x | No |
| Williams | Larry | | x | No |
| Wilson | Dale | | x | No |
| Wrobleski | Brad | | x | No |
| Yan | Wei | | x | No |
| Young | Robert George | x | x | No |
| Yu | Kam | x | | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 1R8

**D**

# CONTINUATION SHEET FOR APPLICATION FORMS

● FORM _____ /CON
UNITED STATES COPYRIGHT OFFICE
REGISTER...

**VA 1-023-866**

...PA|PAu|SE|SEu|SR|SRu|TX|TXu|VA|VAu

**EFFECTIVE DATE OF REGISTRATION**

July 17 2000
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page _9_ of _10_ pages

● This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
● If at all possible, try to fit the information called for into the spaces provided on the basic form.
● If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
● If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
● Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
● TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

www.masterfile.com

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)   Masterfile Corporation
175 Bloor St. East, South Tower, Second Floor,Toronto, Ontario, C..
Canada M4W 3R8

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
[] Yes
[] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ...............
{ Domiciled in ▶ ...............

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [] Yes [] No
Pseudonymous? [] Yes [] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
[] Yes
[] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ...............
{ Domiciled in ▶ ...............

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [] Yes [] No
Pseudonymous? [] Yes [] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
[] Yes
[] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ...............
{ Domiciled in ▶ ...............

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [] Yes [] No
Pseudonymous? [] Yes [] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6

(Space 2) Page 4

Image Range 700-00001 to 700-33000

**C**
Continuation
of other
Spaces

NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Aldrich | David | x | | No |
| Broda | Ron | x | | No |
| Calef | George | | x | No |
| Chen | Paul | x | | No |
| Craig | David | | | No |
| Fitzharris | Tim | | x | No |
| Geras | Audra | x | | No |
| Gordon | Donna | x | | No |
| Lazarski | Paul | | x | No |
| Lynch | Wayne | | x | No |
| Mazierski | Dave | x | | No |
| Miller | Jean | x | | No |
| McIndoe | Vince | x | | |
| Milne | Courtnay | | x | No |
| Nicholls | Calvin | x | | No |
| Sherwood | Stewart | x | | |
| Sweetland | James | x | | No |
| Vallecoccia | Bart | x | | No |
| Zemltsky | Leon | x | | No |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼  Masterfile Corporation
Number/Street/Apt ▼  175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼  Toronto, Ontario, Canada  M4W 3R8

June 1999-20,000
WEB REV. June 1999

☆U.S. GOVERNMENT PRINTING OFFICE: 1994-454-879/82

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-598

**EFFECTIVE DATE OF REGISTRATION**

JUL 20 2001

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Group Registration for Automated Database entitled www.masterfile.com

**NATURE OF THIS WORK ▼** See instructions
Updates from May 16, 2001 to July 10, 2001

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
Representative publication date: July 10, 2001 (bi-monthly revisions)

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
a   Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

**NAME OF AUTHOR ▼**
b   see 3 continuation sheets attached

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

## 3

a   **Year in Which Creation of This Work Was Completed**
2001
This information must be given   Year in all cases.

b   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month July   Day 10   Year 2001
Canada & USA    ◄ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright assigned contractually

**See instructions before completing this space.**

**APPLICATION RECEIVED**
JUL 20 2001
**ONE DEPOSIT RECEIVED**
JUL 20 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

(DO NOT WRITE HERE — FOR COPYRIGHT OFFICE USE ONLY)

---

**MORE ON BACK** ▸
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ 8 ___ pages

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

VA 1-023-872        2000

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updaed bi-monthly
New photographs and new 2-dimensional art

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

Area code and daytime telephone number  (416) 929-3000        Fax number  (416) 929-9623

Email   kburgess@masterfile.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one

☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation / Kathy Burgess, Corporate Secretary   Date  July 20, 2001

Handwritten signature (X) ▼

X _K. Burgess_

Certificate
will be
mailed in
window
envelopeto
this
address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1991
the filing fee to
Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999 454-879/7

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

EFFECTIVE DATE OF REGISTRATION

JUL 20 2001

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED
JUL 20 2001

Page __3__ of __8__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 (Space 2) Page 1 of 3 pages
Image Range 700-54065 to 700-58764 and 700-60265 to 700-60282 and 700-60383 to
700-60400

C

Continuation
of other
Spaces

NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Anderson | Bob | x | x | No |
| Andrews | J. David | | x | No |
| Arsenault | Pierre | | x | No |
| Ballinger | Keith | x | | No |
| Barrett | Peter | | x | No |
| Benard | Joel | | x | No |
| Bengson | Rommel | | x | No |
| Benson | Daryl | x | x | No |
| Bilodeau/Preston | John & Lisa | | x | No |
| Birnbach | Allen | | x | No |
| Black | Garry | | x | No |
| Blohm | Hans | | x | No |
| Boden/Ledingham | Rick&Marilyn | x | x | No |
| Brooks | Bill | x | x | No |
| Bruel | Jean-Yves | x | x | No |
| Burazin | Tom & Becky | | x | No |
| Chomica | Gloria H. | | x | No |
| Christopher | Peter | | x | No |
| Contorakes | George | | x | No |
| Craft | Steve | | x | No |
| Curtis | Ronald M. | | x | No |
| Dannenberg | Thomas | x | | No |
| Davey | Allan | x | | No |
| DesRochers | Simon | | x | No |
| Dobel | Mike | x | x | No |
| Dodge | Kevin | | x | No |
| Dorval | Didier | | x | No |
| Eardley | Wayne | | x | No |
| Eekhoff | Paul | x | x | No |
| Ertman | Miles | | x | No |
| Fehling | Ron | | x | No |
| Finlay | Kathleen | | x | No |
| Fischer | Rick | x | | No |
| Foster | Janet | | x | No |
| Foster | John | | x | No |
| Frkovic | Damir | x | x | No |
| Frymire | Bill | x | x | No |
| Gelberg | Bob | | x | No |
| Gifford | Ed | | x | No |
| Gilchrist | Scott | | x | No |
| Good | Nora | x | x | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada   M4W 3R8

D

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**⊘FORM** <u>VA</u> **/CON**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1 – 090 – 598

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*3400010905594*

VAU

EFFECTIVE DATE OF REGISTRATION

**JUL 2 0 2001**

<u>(Month)</u>      <u>(Day)</u>      <u>(Year)</u>

CONTINUATION SHEET RECEIVED

JUL 2 0 2001

Page <u>5</u> of <u>8</u> pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

---

## B
### Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼      Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of _____<br>{ Domiciled in _____ | Anonymous? ☐ Yes ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions.*<br>Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼      Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of _____<br>{ Domiciled in _____ | Anonymous? ☐ Yes ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions.*<br>Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼      Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of _____<br>{ Domiciled in _____ | Anonymous? ☐ Yes ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions.*<br>Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the*

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6  (Space 2)  Page 2 of 3 pages
Image Range  700-54065 to 700-58764 and 700-60265 to 700-60282 and 700-60383 to
700-60400

C

Continuation
of other
Spaces

<u>NATURE OF AUTHORSHIP</u>

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|:---:|:---:|:---:|
| Grenier | Guy | x | x | No |
| Griffith | Peter | | x | No |
| Hall | David P. | | x | No |
| Hamel | Mike | | x | No |
| Hines | Sherman | | x | No |
| Imtek Imagineering | | x | x | Yes |
| JIStock | | x | x | Yes |
| Johnson | Forest | | x | No |
| Karpa | Robert | | x | No |
| Kiusalaas | Tim | | x | No |
| Klemm | Horst | | x | No |
| Knox | Elizabeth | | x | No |
| Kohn | Michael | | x | No |
| Kolb | Andrew | | x | No |
| Kraulis | J.A. | x | x | No |
| Lecorre | Darrell | x | x | No |
| Lim | Dan | | x | No |
| Lloyd | R. Ian | | x | No |
| Mahovlich | Michael | | x | No |
| Martin | Alison Barnes | | x | No |
| Masterfile Productions | | | x | Yes |
| McElcheran | Chris | | x | No |
| Milich | Zoran | | x | No |
| Minsart | Raoul | | x | No |
| Mooney | Gail | | x | No |
| MTPA Stock | | x | x | Yes |
| Muir | David | | x | No |
| Normandin | Albert | | x | No |
| Ooms | Roy | | x | No |
| Patterson | Freeman | x | x | No |
| Pearson | Trevor | | x | No |
| Pieters | Brian | | x | No |
| Pytlowany | Alec | x | x | No |
| Reinhart | Bryan | | x | No |
| Rhijnsburger | Gary | | x | No |
| Robertson | Dave | | x | No |
| Roman | Min | x | x | No |
| Rostron | Philip | | x | No |
| Sanders | Dale | x | x | No |
| Schmidt | David | | x | No |
| Simhoni | George | x | x | No |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada   M4W 3R8

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
Office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

D

June 1999—20,000      ⓟ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999 454-879/65

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** __VA__ **/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-090-598

PA ____ U

EFFECTIVE DATE OF REGISTRATION

JUL 2 0 2001

(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUL 20 2001

Page __7__ of __8__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Masterfile Corporation
  175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 (Space 2) Page 3 of 3 pages
Image Range 700-54065 to 700-58764 and 700-60265 to 700-60282 and 700-60383 to
700-60400

**C**

Continuation
of other
Spaces

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Simmons | Valerie | | x | No |
| Smith | Richard | | x | No |
| Starrett | Dave | x | x | No |
| Stott | Greg | | x | No |
| Stroud | Ron | | x | No |
| Sutton | Lloyd | | x | No |
| Sytnyk | Brian | | x | No |
| Tabak | Sidney | | x | No |
| Szuba | Tom | | x | No |
| TILT | | | x | Yes |
| Tomalty | Mark | | x | No |
| Tremblay | Pierre | | x | No |
| Tysick | Scott | x | | No |
| Valiquet | Carl | | x | No |
| Walker | Douglas E. | x | x | No |
| Wardell | James | x | | No |
| Wenzel | Andrew | x | | No |
| Wiley | Matthew | | x | No |
| Wilson | Dale | x | x | No |
| Wong | Robin | | x | No |
| Wrobleski | Brad | | x | No |
| Yan | Wei | | x | No |
| Young | Robert George | x | x | No |
| Yu | Kam | x | | No |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada   M4W 3R8

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC **VA 1-108-991**

EFFECTIVE DATE OF REGISTRATION

Sep 24 2001

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Group Registration for Automated Database entitled www.masterfile.com

**NATURE OF THIS WORK ▼ See Instructions**
Updates from July 10, 2001
Sep. 17, 2001

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication date: Sep. 17, 2001 (bi-monthly revisions)

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
a Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

**NAME OF AUTHOR ▼**
b see 3 continuation sheets attached

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**Year in Which Creation of This Work Was Completed**
a 2001
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
b Complete this information ONLY if this work has been published.
Month Sep. Day 17 Year 2001
Canada & USA  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Masterfile Corporation
175 Bloor Street East, South Tower, Second Fl.
Toronto, Ontario, Canada M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Copyright assigned contractually

APPLICATION RECEIVED
SEP 24 2001
ONE DEPOSIT RECEIVED
SEP 24 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

☐ CORRESPONDENCE
     Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    VA 1-091-284    **Year of Registration** ▼    2001

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

     Previously registered database

**6**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

     Revised compilation updated bi-monthly
     New photographs and new 2-dimensional art

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

     Kathy Burgess, Masterfile Corporation
     175 Bloor Street East, South Tower, Second Floor
     Toronto, Ontario, Canada   M4W 3R8

Area code and daytime telephone number   (416) 929-3000      Fax number   (416) 929-9623

Email   kburgess masterfile.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one   {   ☐ author
             ☐ other copyright claimant
             ☒ owner of exclusive right(s)
             ☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation / Kathy Burgess, Corporate Secretary     Date   Sep. 21, 2001

Handwritten signature (X) ▼

     X   K. Burgess

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼
     Masterfile Corporation
Number/Street/Apt ▼
     175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
     Toronto, Ontario, Canada   M4W 3R8

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 199?
the filing fee is
$30.
Form VA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV. June 1999    ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1996 454-879?

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**ⓒFORM** VA____ /CON

UNITED STATES COPYRIGHT OFFICE

REG **VA 1-108-991**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

`Sept   24   2001`

(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED

SEP 24 2001

Page ___2___ of ___8___ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

---

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?

☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country

OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?

☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country

OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?

☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country

OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Anderson | Bob | x | x | No |
| Andrews | J. David | | x | No |
| Arsenault | Pierre | | x | No |
| Ballinger | Keith | x | | No |
| Barrett | Peter | x | | No |
| Beauregard | Bruno | x | x | No |
| Beebower | Hugh | x | x | No |
| Benson | Daryl | x | x | No |
| Bilodeau/Preston | John & Lisa | | x | No |
| Birnbach | Allen | | x | No |
| Black | Garry | x | x | No |
| Boden/Ledingham | Rick&Marilyn | x | x | No |
| Brooks | Bill | x | x | No |
| Bruel | Jean-Yves | x | x | No |
| Burazin | Tom & Becky | x | x | No |
| Christopher | Peter | x | x | No |
| Contorakes | George | x | x | No |
| Craft | Steve | | x | No |
| Dannenberg | Thomas | x | | No |
| Davey | Allan | x | | No |
| Davies | Ken | x | x | No |
| DesRochers | Simon | x | x | No |
| Dobel | Mike | x | x | No |
| Dodge | Kevin | | x | No |
| Dorval | Didier | x | x | No |
| Eardley | Wayne | | x | No |
| Eekhoff | Paul | x | x | No |
| Ertman | Miles | x | x | No |
| Fehling | Ron | | x | No |
| Finlay | Kathleen | | x | No |
| Fischer | Rick | x | | No |
| French | Graham | x | | No |
| Frkovic | Damir | x | x | No |
| Frymire | Bill | x | x | No |
| Gelberg | Bob | | x | No |
| Gifford | Ed | | x | No |
| Gilchrist | Scott | x | x | No |
| Good | Nora | x | x | No |
| Grant | Ted | | x | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

June 1999—20,000
WEB REV. June 1999   ✿ PRINTED ON RECYCLED PAPER

☆U.S.GOVERNMENT PRINTING OFFICE: 1999-454-879/62

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM VA____ /CON

UNITED STATES COPYRIGHT OFFICE

REG **VA 1-108-991**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

`⸱  \  24  2001`

(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

SE 24 2001

Page ___ of ___ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6 (Space 2)   Page 2 of 3 pages
image Range 700-58765 to 700-60264 and 700-60283 to 700-60382 and 700-60401 to 700-65872

**C**

Continuation
of other
Spaces

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Green Project | | | | |
| Grenier | Guy | | x | Yes |
| Griffith | Peter | x | x | No |
| Hall | David P | | x | No |
| Hamel | Mike | | x | No |
| Hammond | Franklin | x | | No |
| Hindian | Carlo | x | x | No |
| Hursey | Dana | x | x | No |
| JlStock | | x | x | Yes |
| Johnson | Forest | | x | No |
| Judd | Andrew | x | | No |
| Karpa | Robert | x | x | No |
| Kiusalaas | Tim | | x | No |
| Knox | Elizabeth | x | x | No |
| Kraulis | J.A. | x | x | No |
| Kuhlmann | Brian | x | x | No |
| Lecorre | Darrell | | x | No |
| Lim | Dan | x | x | No |
| Lincks | Randy | | x | No |
| Lloyd | R Ian | | x | No |
| Mahovlich | Michael | x | x | No |
| Martin | Alison Barnes | | x | No |
| Masterfile Productions | | | x | Yes |
| McElcheran | Chris | x | x | No |
| McKim | Andrew | x | x | No |
| Milich | Zoran | x | x | No |
| Minsart | Raoul | | x | No |
| Mooney | Gail | x | x | No |
| MTPA Stock | | x | x | Yes |
| Muir | David | x | x | No |
| Normandin | Albert | | x | No |
| Ooms | Roy | x | x | No |
| Patterson | Freeman | | x | No |
| Pieters | Brian | x | x | No |
| Pytlowany | Alec | x | x | No |
| Racine | Bruce | x | x | No |
| Reinhart | Bryan | | x | No |
| Rhijnsburger | Gary | | x | No |
| Robertson | Dave | x | x | No |
| Roman | Min | | x | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

June 1999-20,000
WEB REV. June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999 454-879/62

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM <sup>VA</sup> /CON
UNITED STATES COPYRIGHT OFFICE
REG

**VA 1-108-991**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

Sept 14 2001
(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED
SEP 24 2001

Page ___1___ of ___5___ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

## B
**Continuation of Space 2**

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which)  ☐ Space 1  ☐ Space 4  ☐ Space 6 (Space 2)  Page 3 of 3 pages
Image Range 700-58765 to 700-60264 and 700-60283 to 700-60382 and 700-60401 to 700-65872

C

Continuation
of other
Spaces

NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Rostron | Philip | x | x | No |
| Rowell | Bruce | x | x | No |
| Sanders | Dale | x | x | No |
| Schmidt | David | | x | No |
| Simhoni | George | x | x | No |
| Smith | Richard | | x | No |
| Stott | Greg | x | x | No |
| Stroud | Ron | x | x | No |
| Sutton | Lloyd | x | x | No |
| Sytnyk | Brian | | x | No |
| Tabak | Sidney | x | x | No |
| TILT | | | x | Yes |
| Tomalty | Mark | x | x | No |
| Tremblay | Pierre | x | x | No |
| Tysick | Scott | x | | No |
| Valiquet | Carl | x | x | No |
| Walker | Douglas E. | x | x | No |
| Wardell | James | x | | No |
| Wiley | Matthew | x | x | No |
| Wilson | Dale | x | x | No |
| Wrobleski | Brad | | x | No |
| Yan | Wei | x | x | No |
| Young | Robert George | x | x | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

D

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Copyright

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

June 1999—20,000
WEB REV: June 1999      ⟲ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/62