IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MASTERFILE CORPORATION, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:10-cv-00134-AJT-IDD
)
DEVELOPMENT PARTNERS, INC, )
)
Defendant. )
_____)

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 22) of the Magistrate Judge recommending that default judgment be entered against Development Partners, Inc. ("Defendant") in favor of Masterfile Corporation ("Plaintiff"). Specifically, the Magistrate Judge found that Defendant should be required to pay $162,547.44 to Plaintiff, which includes $150,000 in statutory awards pursuant to 17 U.S.C. § 504, and attorneys' fees and costs in the total amount of $12,547.44, pursuant to 17 U.S.C. § 505. Additionally, under 17 U.S.C. § 502, the Magistrate Judge recommends an injunction be entered providing that the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendant shall be enjoined from:

   (a) reproducing, displaying, distributing, creating derivative works of, or
       authorizing any third party to reproduce, display, distribution, or create
       derivative works of the images, or any images substantially similar thereto, or
       otherwise infringing Plaintiffs copyrights in any manner, medium, or form;
       and
   (b) assisting, aiding, or abetting any other person or business entity in engaging or
       performing any of the activities referred to in subparagraph (a).

No objections have been filed to the Report and Recommendation (Doc. No. 22).

Based on a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 13) be, and the same hereby is, GRANTED, and judgment be, and the same hereby is, entered against Defendant in the amount of $162,547.44; and it is

FURTHER ORDERED that the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendant be, and the same hereby are, enjoined from:

(a) reproducing, displaying, distributing, creating derivative works of, or authorizing any third party to reproduce, display, distribution, or create derivative works of the images, or any images substantially similar thereto, or otherwise infringing Plaintiffs copyrights in any manner, medium, or form; and

(b) assisting, aiding, or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraph (a).

The clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and is directed to send a copy of this Order to all counsel of record and to Defendant at the following address:

Development Partners, Inc.
CSC, Registered Agent
11 S. 12th Street
Richmond, VA 23218

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 7, 2010